FILED

2022 JUN 29 AM 8: 44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ___vav___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | MJ 22-02531 |
| v. | |
| Peter Pham | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S) | |

The above-named defendant was charged by: Indictment
in the District of Utah on June 22, 2022
at ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about
in violation of Title 21; 18 U.S.C., Section(s) 846, 841; 1956
to wit: Conspiracy to Distribute Marijuana and Tetrahydrocannabinols; Conspiracy to Commit Money Laundering

A warrant for defendant's arrest was issued by: Gary Serdar

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/29/22
Date

Signature of Agent

David Zevallos
Print Name of Agent

U.S. Marshals Service
Agency

Deputy U.S. Marshal
Title

CR-52 (03/20)  DECLARATION RE OUT-OF-DISTRICT WARRANT